# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ZOILA ISABEL CASTILLO RODRIGUEZ,**<br><br>***Petitioner*,**<br><br>**v.**<br><br>**PAM BONDI, US ATTORNEY GENERAL; MARKWAYNE MULLIN, SECRETARY OF DEPARTMENT OF HOMELAND SECURITY; BRET BRADFORD, FIELD OFFICE DIRECTOR FOR THE TEXAS FIELD OFFICE; AND WARDEN ERO EL PASO CAMP EAST MONTANA,**<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 3:26-CV-01449-LS** |

## ORDER DISMISSING CASE

Respondents have notified the court that Petitioner was removed from the United States on or about September 22, 2026.[1] Petitioner filed a petition for a writ of habeas corpus regarding his detention by Immigration and Customs Enforcement.[2] Because Petitioner is no longer detained by Respondent, his petition is moot.[3] The Court therefore **DENIES** Petitioner's writ of habeas corpus and **DISMISSES** this case as moot.

---

[1] ECF No. 7.
[2] ECF No. 1.
[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (stating that a habeas petition becomes moot when the habeas relief requested can no longer be effected); *Chafin v. Chafin*, 568 U.S. 165, 172 (2013) ("[A] case 'becomes moot only when it is impossible for a court to grant any effectual relief whatever to the prevailing party.'" (citation omitted)).

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 18, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**